Mary E. Shafer, Respondent, v. James Sinclair and Charlotte Sinclair, Appellants. — Judg-

## FIRST DEPARTMENT, MARCH TERM, 1885.

ment affirmed, with one bill of costs. Opinion by Pratt, J.